FILED
CLERK, U.S. DISTRICT COURT

JUL 2 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,               )   Case No.: CR-08-0804
                                        )
                Plaintiff,              )
                                        )
        vs.                             )   ORDER OF DETENTION AFTER HEARING
                                        )   [Fed.R.Crim.P. 32.1(a)(6);
Anthony Darell                          )   18 U.S.C. 3143(a)]
                                        )
Young           Defendant.              )
                                        )

        The defendant having been arrested in this District pursuant to

a warrant issued by the United States District Court for the

_____ CD/CA _____ for alleged violation(s) of the terms and

conditions of his/her [probation] [supervised release]; and

        The Court having conducted a detention hearing pursuant to

Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.      (✓   The defendant has not met his/her burden of establishing by

        clear and convincing evidence that he/she is not likely to flee

        if released under 18 U.S.C. § 3142(b) or (c). This finding is

        based on _____ PIA RPT _____

1  _____

2  _____

3  _____

4  and/or

5  B.   ( )   The defendant has not met his/her burden of establishing by

6  clear and convincing evidence that he/she is not likely to pose

7  a danger to the safety of any other person or the community if

8  released under 18 U.S.C. § 3142(b) or (c).   This finding is based

9  on:_____

10  _____

11  _____

12  _____

13

14       IT THEREFORE IS ORDERED that the defendant be detained pending

15  the further revocation proceedings.

16

17  Dated:   7/22/2013

18

19  _____

20  UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

2