FILED
CLERK U.S DISTRICT COURT

AUG 1 9 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 08-00804-R |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| Anthony Darrell Young, | ) Allegations of Violations of Probation/ |
| | ) Supervised Release Conditions) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or

(B) ☒ the safety of any person or the community.

//
//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he will comply with conditions of release. Defendants ongoing substance abuse & criminal history pose risk to safety of community._

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he will comply w/ conditions of release. Also, no adequate bail resources & substance abuse._

IT IS ORDERED that defendant be detained.

DATED: 8/19/16

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE